UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-245-BO-RJ

(filed stamp: FILED IN OPEN COURT ON 8-14-2024, Peter A. Moore, Jr., Clerk, US District Court, Eastern District of NC)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| KAI LIAM NIX ) | |
| a/k/a "Kai Brazelton" | |

The Grand Jury charges:

## COUNT ONE

On or about August 2, 2022, in the Eastern District of North Carolina, the defendant, KAI LIAM NIX, also known as "Kai Brazelton," did willfully and knowingly make a materially false statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating in his Security Clearance Application Standard Form (SF) 86, he had never been a member of a group dedicated to the use of violence or force to overthrow the United States Government and which engaged in activities to that end, and the statements and representations were false, because as the defendant then and there knew, he had been a member of a group dedicated to the use of violence or force to overthrow the United States Government and which engaged in activities to that end, in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT TWO

Beginning on or about December 10, 2023, and continuing until on or about February 5, 2024, within the Eastern District of North Carolina, and elsewhere, the defendant, KAI LIAM NIX, also known as "Kai Brazelton," willfully engaged in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924.

## COUNT THREE

On or about December 16, 2023, in the Eastern District of North Carolina, the defendant, KAI LIAM NIX, also known as "Kai Brazelton," knowingly possessed and sold a stolen firearm, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT FOUR

On or about January 5, 2024, in the Eastern District of North Carolina, the defendant, KAI LIAM NIX, also known as "Kai Brazelton," knowingly possessed and sold a stolen firearm, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of explosive materials, firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. §§ 924(d), 844(c) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all explosive materials, firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

(remainder of page left intentionally blank)

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

8/14/2024
DATE

MICHAEL F. EASLEY, JR.
United States Attorney

BY: GABRIEL J. DIAZ
Assistant United States Attorney

4