UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



NO. 5:24-CR-245

IN RE: )
)
) MOTION TO SEAL
FOUR-COUNT ) INDICTMENT
INDICTMENT PRESENTED ON )
AUGUST 14, 2024 (K.L.N) )

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests that the Indictment named on the previously attached Grand Jury Agenda be sealed so that the defendant therein named can be apprehended, and states as follows:

If the name of the defendant were to be made public prior to arrest, the chances of apprehending the defendant or apprehending the defendant without threat of violence or public commotion would be significantly reduced.

WHEREFORE, the United States of America respectfully prays for the sealing of the above-referenced Indictment, except that copies may be provided to the United States Attorney, Federal Bureau of Investigation, and the United States Probation Office.

It is further requested that the Indictment remain sealed until the defendant is apprehended, or until such time as the United States Attorney moves to unseal the Indictment, whichever event occurs first.

Respectfully submitted, this 14th day of August, 2024.

MICHAEL F. EASLEY, JR.
United States Attorney

GABRIEL J. DIAZ
Assistant United States Attorney
Criminal Division