AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

KAI LIAM NIX
a/k/a "Kai Brazelton"

**SEALED**
**WARRANT FOR ARREST**

**CRIMINAL CASE: 5:24-CR-245-BO-RJ**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**KAI LIAM NIX** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment ____ Superseding Indictment _____ Criminal Information ____ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 1001(a)(2): False statement or representation made to a department or agency of the United States
Count 2 - 18 U.S.C. §§ 922(a)(1)(A) and 924: Dealing in firearms without a license
Counts 3 and 4 - 18 U.S.C. §§ 922(j) and 924(a)(2): Possession or sale of a stolen firearm

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

AUGUST 14, 2024 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED 8/14/24 | NAME AND TITLE OF ARRESTING OFFICER L Gradauski-Allee /TFO | NAME AND TITLE OF ARRESTING L Gradauski-Allee /TFO |
|---|---|---|
| DATE OF ARREST 8/15/24 | | |

FILED
AUG 19 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK